

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00062-CV

---

**FAIROUZ WAHBA, APPELLANT**

**V.**

**SAMY HANNA, APPELLEE**

---

On Appeal from the 231st District Court
Tarrant County, Texas
Trial Court No. 231-689734-20, Honorable Jesus E. Nevarez, Jr., Presiding

---

April 24, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Fairouz Wahba, appeals from the trial court's *Final Decree of Divorce*.[1]

Wahba's brief was due March 20, 2025, but was not filed. By letter of March 27, 2025,

we notified Wahba that the appeal was subject to dismissal for want of prosecution,

without further notice, if a brief was not received by April 7. To date, Wahba has neither

filed a brief nor had any further communication with this Court.

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

Accordingly, we dismiss his appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam